# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ZENON NAJDZION,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-32

_____

March 13, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia E. Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.